**STEVE S. EFRON**
ATTORNEY AT LAW
237 WEST 35TH STREET · SUITE 1502
NEW YORK, NEW YORK 10001

OF COUNSEL
RENEE L. CYR

TEL. (212) 867-1067
FAX. (212) 682-5958
SSEFRON@AOL.COM

March 27, 2023

Rene Myatt, Esq.
204-04 Hillside Avenue, 2nd Floor
Hollis, New York 11423

      Re: <u>Martin v. Metropolitan Transportation Authority</u>
          22-cv-03740 (DG)(SJB)

Dear Ms. Myatt:

     This office represents the defendants in the referenced case. I am enclosing defendants' notice of motion for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing causes of action asserted in the Second Amended Complaint, and defendants' memorandum of law in support of the motion.

                                           Very truly yours,

                                           _____/s/_____
                                           Steve S. Efron

SSE:s
cc: Hon. Diane Gujarati
    United States District Judge